AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Alejandro TENESCALCO-Mejia<br><br>*Defendant(s)* | )<br>)<br>) Case No: 22-122 PO<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>December 14, 2022</u> in the county of <u>Dona Ana</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. <u>§1325(a)(1)(EWI Misdemeanor)</u>, an offense described as follows:

entered and attempted to enter the United States at a time and place other than as designated by Immigration Officers

This criminal complaint is based on these facts:
On December 14, 2022, a United States Border Patrol Agent encountered the Defendant in Dona Ana County, New Mexico. When questioned as to his citizenship the Defendant admitted to being a citizen of Mexico without authorization to enter or remain in the United States. The Defendant knowingly entered the United States illegally on December 14, 2022, by crossing the U.S./Mexico International Boundary afoot, approximately seven mile(s) east of the Santa Teresa, New Mexico Port of Entry. This area is not a Port of Entry as designated by the Appropriate Authority of the United States. Thus, the Defendant is present in the United States without admission by an Immigration Officer.

☐ Continued on the attached sheet.

*Complainant's signature*

Cristal Acosta, Agent
*Printed name and title*

by telephone
Sworn to ~~before me and signed in my presence.~~

*Judge's signature*

Date: December 17, 2022

Kevin Sweazea, U.S. Magistrate Judge

City and state: Las Cruces, N.M.

*Printed name and title*