IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | NO. 22po122 |
| **ALEJANDRO TENESCALCO-MEJIA**, | ) ) | |
| Defendant. | ) ) | |

### UNNOPOSED MOTION TO DISMISS CRIMINAL COMPLAINT WITHOUT PREJUDICE

The United States of America moves this Court, pursuant to Fed. R. Crim. P. 48, to dismiss without prejudice the Complaint filed in this case on December 19, 2022. As grounds the United States provides that dismissal of this case is in the interest of justice.

Defendant's counsel does not oppose this motion.

WHEREFORE, the United States respectfully requests this Court enter an Order dismissing without prejudice the Complaint as to the defendant.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*Electronically Filed 12/21/22*
MATTHEW R. RAMIREZ
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304 - Tel.
(575) 522-2391 – Fax

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

*Electronically Filed 12/21/22*
MATTHEW R. RAMIREZ
Assistant U.S. Attorney